UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

_____ DIVISION

Tera Ann Harris

*(Enter full name of plaintiff)*

Plaintiff,

v.

Justice Center Multnomah
County Jail, Sheriffs Office
Multnomah County Sheriffs Office, et, al

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:22-cv-01739-MK
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL
RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☐ Yes        ☐ No

## I. PARTIES

List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**

Name: Tera Ann Harris 896002

Street Address: 1120 SW Third ave

City, State & Zip Code: Portland, Oregon 97204

Telephone No.: _____

Complaint for Violation of Civil Rights (Prisoner Complaint)                     1
[Rev. 01/2018]

*Justice Center*

**Defendant No. 1**  Name: _Multnomah County Detention Center_
Street Address: _1120 SW Third ave_
City, State & Zip Code: _Portland Oregon 97204_
Telephone No.: _503 988-3662_

**Defendant No. 2**  Name: _Multnomah County Sheriff Office_
Street Address: _1120 SW Third ave_
City, State & Zip Code: _Portland Oregon 97204_
Telephone No.: _503 988-3660_

**Defendant No. 3**  Name: _Sgt Fernaly,_
Street Address: _1120 SW Third ave_
City, State & Zip Code: _Portland Oregon 97204_
Telephone No.: _503 988-3660_

**Defendant No. 4**  Name: _Sgt Siakevirich_
Street Address: _1120 SW Third ave_
City, State & Zip Code: _Portland Oregon 97204_
Telephone No.: _503 988-3660_

## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]                                                                 2

Continued

Deputy Polk     1120 SW Third Ave   Portland Oregon
Deputy Reid
Deputy Lovejoy
Deputy Langdon
Deputy Mechanic
Counselor Drake
Deputy Jones

B.  What federal constitutional, statutory, or treaty right(s) is/are at issue?

_42. U.S.C. 1983 act and the 1986 act_
_by 4, 6, 8, 14 amendments_

## III.  STATEMENT OF CLAIMS

### Claim I

State here as briefly as possible the _facts_ of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

_There has been excessive force placed on_
_me which has endangered my health_
_and has cause me to be in severe_
_pain in my shoulder, my neck, and_
_my spine. there are permanent bruises_
_on my fist from Sgt Tansly trying_
_to break my fist and I have been given_
_no medical treatment because of_
_retaliation and discrimination because_
_I am a African American Woman._

### Claim II

State here as briefly as possible the _facts_ of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

_I have been placed on disciplinary_
_punishment that I never had hearings_

Complaint for Violation of Civil Rights (Prisoner Complaint)                3
[Rev. 01/2018]

for and placed on segration for days
I did not have from over excessive
practices due to retaliation and
discrimination

## Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

The faicilty have not let me
see or visit with my family
members in person or video visits
for about a year for reasons
unknown to me but for retaliation
and discrimination

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)                    4
[Rev. 01/2018]

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☑Yes          ☐No

## V.  RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking.  Make no legal arguments.  Cite no cases or statutes.*

I would like 7.500,000 in damages for bodily damages and no medical treatment has been given to me and being locked in my cell without being able to walk debilitating me more and not letting me see my family at video visits, and in person visits causing stress to me and my family, mental anguish emotional stress, fear, intimidation, emotional anguish mental stress and injury and permanent bruising

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __3__ day of ___November___, 20_22_

_____
(Signature of Plaintiff)

Complaint for Violation of Civil Rights (Prisoner Complaint)                                    5
[Rev. 01/2018]