FILED 24 JUL '23 10:41 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

_Portland_ DIVISION

TERA ANN HARRIS

*(Enter full name of plaintiff)*

Plaintiff,

v.

JUSTICE CENTER MULTNOMAH COUNTY JAIL et. al

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:22-cv-01739-MK
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☑ Yes   ☐ No

## I. PARTIES

List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**   Name: TERA ANN HARRIS
Street Address: 1120 SW Third Ave
City, State & Zip Code: Portland, Oregon 97204
Telephone No.: ~~let~~ message 503-732-4397

Complaint for Violation of Civil Rights (Prisoner Complaint)    1
[Rev. 01/2018]

Defendant No. 1   Name: Deputy Polk
Street Address: 1120 SW 3rd Ave
City, State & Zip Code: Portland, Oregon 97204
Telephone No.: 503-988-3689

Defendant No. 2   Name: Deputy Reio
Street Address: 1120 SW 3rd Ave
City, State & Zip Code: Portland, Oregon 97204
Telephone No.: 503-988-3689

Defendant No. 3   Name: Deputy LoveJoy
Street Address: 1120 SW 3rd Ave
City, State & Zip Code: Portland, Oregon 97204
Telephone No.: 503-988-3689

Defendant No. 4   Name: SGT Taylor
Street Address: 1120 SW 3rd Ave
City, State & Zip Code: Portland, Oregon 97204
Telephone No.: 503-988-3689

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)                                  2
[Rev. 01/2018]

SGT Feetanuly
1120 SW 3rd ave
Portland, Oregon 97204
503 988-3689

SGT Sakiriverch
1120 SW 3rd ave
Portland, Oregon 97204
503 988-3689

Deputy Lopez
1120 SW 3rd ave
Portland, Oregon 97204
503-988-3689

Deputy Michanic
1120 SW 3rd ave
Portland, Oregon 97204
503-988-3689

Counselor - Deputy Drake
1120 SW Third ave
Portland, Oregon 97204
503-988-3689

3

Multnomah County Health
Department Corrections Health
1120 SW Third Ave
Portland, Oregon 97204
503 988-3689

Deputy Jones (Female)
1120 SW Third Ave
Portland, Oregon 97204
503-988-3689

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

EIGHTH AMENDMENT CONSTITUTIONAL RIGHT, FIFTH, SIXTH, and FOURTHEENTH CONTITUTIONAL RIGHTS and FOURTH AMENDMENT

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

PLAINTIFF WAS celled IN cell for a week to two weeks without any Displinary WRITEUP OR HEARING with no SHOWER OR BEING ABLE TO WALK. when ASKED why PLAINTIFF COULD NOT WALK, DEFENDANTS DEPUTY POLK, DEPUTY REID, DEPUTY LOVEJOY, SGT TALYOR, SGT FERTANALY ALL RAN IN PLAINTIFF CELL SGT Fertanaly [twisted feet and ankle] and conflicting Physical Brutaity and Excessive FIGHT FORCE. To WHERE MY WHOLE SIDE, MY NECK, MY SHOULDER IS IN SEVERE PAIN, AND FINGERS GO NUMB, MY SPINE is IN SEVERE PAIN from RETALIATION AND DISCRIMINATION BECAUSE I AM AN AFRICAN AMERICAN WOMEN.

#### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Plaintiff was placed on displanury status more than several times, without being

Complaint for Violation of Civil Rights (Prisoner Complaint)   3
[Rev. 01/2018]

5

CONTINUED

## CLAIM I

Plaintiff was then placed in segregation without displinary hearing or write up and was again not able to walk, or shower, or use phone calls. Plaintiff was locked in for about another week in excrusheating pain Plaintiff asked Deputy Mechanics for the nurse when nurse came Deputy Mechanics pulled tazer on Plaintiff because Plaintiff asked when can Plaintiff walk and take a shower then Sgt Fertnaly, Sgt Sarkirivinch, Deputy Lopaz, John Doe, placed physical brutaity and excessive force on Plaintiff and put plaintiff in chain Sgt Fertnaly took Plaintiff feet and twisted it so hard he busted blood vessels I have permanent permanent bruises than Deputy Lopaz Sgt Sarkirivinch placed a chain around my shoulder and arm and snatched and pulled it back to the ceiling to where it felt like something ripped than a John Doe Deputy placed a bag on head and they took me to another segregation in the Basement. Because of Retaliation and Discrimination I had physical Brutaity, cruel and unusual punishment placed on me because I am a BLACK AFRICAN AMERICAN WOMEN

6

given a hearing and when given a hearing for asking when was I going to walk. days where added that was not suppose to be added and in a 6 month Period Plaintiff walked a period of 30 hours By Counselor Drake causing a Pulmonary Embolism from the physical Brutality, and cruel and unusual punishment because of discrimination and Bias of being a ARICAN AMERICAN WOMEN.

### Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Visitor Deputies, Jane Doe, John doe, has shown deliberate indifference by relative measures by not letting me have access to visits with my family in person and on video visit, and Deputy Jones even went as far as not letting me call home and again restricting video visits and in person visits in a time of death in my family I haven't had a visit in a year in a half being Bias and Discrimatory towards me because I AM A BLACK AFRICAN American woman.

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)    4
[Rev. 01/2018]

Claim-IIII

Multnomah County Health Department Corrections Health failed to treat Plaintiff with medical care after Deputies exerted Physical Brutality and excessive force, when there was a clear sign of bruises on Plaintiffs Body and Legs being swollen from lack of Movement and exercise resulting in Plaintiff doing ADL's Basic necessities of Life and Limited use of arm, shoulder, and hand with tinglings and numbness of hand, and Loss of range of motion and cervical neck pain. Exerting cruel and unusal punishment and medical care and being racialy discrimatory, Plaintiff received Pulmonary Embolism by failing to get plaintiff medical Treatment this was delibrate indifference and discrimination.

pg 8

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☑ Yes    ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

Plaintiff has suffered physical, mental, and emotional stress, fear, humileation, anguish, degradation, and pain and suffering. Plaintiff is seeking 7.5 million in damages.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 18 day of July, 2023

_____
(Signature of Plaintiff)

Complaint for Violation of Civil Rights (Prisoner Complaint)    5
[Rev. 01/2018]